UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

POLLAWAT KULEE,

Petitioner,

v.

WARDEN, Adelanto ICE Processing Center, et al.,

Respondents.

Case No. CV 5:26-04549-RAO

JUDGMENT

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted in part and this action is closed.

DATED: August 27, 2026

/s/

ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE